# United States Bankruptcy Court
## Southern District of New York

In re  **Soundview Elite Ltd.**                                          Case No.  **13-13098**
                                        Debtor(s)                        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Soundview Elite Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Citco Global Custody NV**
**Naritaweg 165**
**Amsterdam, 1043**
**NETHERLANDS**

**Citco Global Custody NV**
**Naritaweg 165**
**Amsterdam, 1043**
**NETHERLANDS**

**Nautical Nominees Limited**

**Prevoyance Sante Valance**

**Richcourt Acquisition Inc.**
**48 Wall Street**
**New York, NY 10005**

**Richcourt Holding Inc.**
**48 Wall Street**
**New York, NY 10005**

**SIX SIS AG - Global Fund Sevcs**
**Baslerstrasse 100**
**4600 Olten**
**SWITZERLAND**

**SIX SIS AG - Global Fund Sevcs**
**Baslerstrasse 100**
**4600 Olten**
**SWITZERLAND**

☐ None [*Check if applicable*]

**September 24, 2013**                    **/s/ Kelly D. Curtin**
Date                                      **Kelly D. Curtin**
                                          Signature of Attorney or Litigant
                                          Counsel for  **Soundview Elite Ltd.**

**Porzio, Bromberg & Newman, PC**
**100 Southgate Parkway**
**Morristown, NJ 07962-1997**
**(973) 538-4006 Fax:(973) 538-5146**

13-13098-reg    Doc 4    Filed 09/24/13    Entered 09/24/13 19:11:37    Main Document
Pg 2 of 2