# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SOUNDVIEW ELITE, LTD., et al., | Case No. 13-13098 (REG) |
| Debtors.[1] | (Joint Administration Pending) |

### ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the Court having reviewed the *Motion and Memorandum of Law in Support of Entry of Order Pursuant to 11 U.S.C. § 1104(a) and Fed. R. Bankr. P. 2007.1 Directing Appointment of a Chapter 11 Trustee* (the "Motion"), dated December 2, 2013, filed by Pasig Ltd.; and the Court having conducted a hearing on December [17], 2013 (the "Hearing"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that appropriate notice has been given, and upon the Court's finding that, pursuant to 11 U.S.C. § 1104(a), cause exists to appoint a Chapter 11 trustee and it is in the best interest of creditors, equity security holders, and other parties in interest of the estate that a Chapter 11 trustee be appointed, it is hereby

ORDERED, that the Motion is granted pursuant to 11 U.S.C. § 1104(a); and it is further

ORDERED, that the United States Trustee is directed to appoint a Chapter 11 trustee, with all of the rights, powers and duties authorized under 11 U.S.C. §§ 1104 and 1106.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: (i) Soundview Elite, Ltd. (9469) (13-13098); (ii) Soundview Premium, Ltd. (9535) (13-13099); (iii) Soundview Star, Ltd. (0416) (13-13101); (iv) Elite Designated (9735) (13-13102); (v) Star Designated (9713) (13-13104); and (vi) Premium Designated (9730) (13-13103).

Dated: New York, New York
      December ___, 2013

                                                       HONORABLE ROBERT E. GERBER
                                                       UNITED STATES BANKRUPTCY JUDGE

2