HEARING DATE AND TIME: March 5, 2014 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: February 26, 2014 at 4:00 p.m. (Eastern Time)

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
-and-
156 West 56th St.
New York, NY 10019
Warren J. Martin Jr.
John S. Mairo
Mark J. Politan

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- X

In re:

    Soundview Elite, Ltd., *et al.,*

                   Debtors.[1]

Case No. 13-13098 (REG)
(Jointly Administered)

-----------------------------------------------------------------X

**NOTICE OF MOTION OF FIRST INTERIM APPLICATION OF PORZIO,
BROMBERG & NEWMAN, P.C., AS COUNSEL FOR THE DEBTORS AND
DEBTORS–IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT
IF ACTUAL AND NECESSARY EXPENSES INCURRED FROM
SEPTEMBER 24, 2013 THROUGH JANUARY 24, 2014**

**PLEASE TAKE NOTICE** that a hearing on the annexed motion, dated February 3, 2014 (the "Motion"), of Porzio, Bromberg & Newman, P.C., counsel to Soundview Elite Ltd., et al., Chapter 11 debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), will be held

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Soundview Elite, Ltd. (9469), (ii) Soundview Premium, Ltd. (9535); (iii) Soundview Star, Ltd. (0416); (iv) Elite Designated (9735); (v) Star Designated (9713); and (vi) Premium Designated (9730).

2661286

before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on March 5, 2014, at 9:45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the motion (the "Objections") must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://nysb.uscourts.gov) and (b) by all other parties in interest, on a 3.5 inch disk, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 on (i) the Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; (ii) Porzio, Bromberg & Newman, P.C., 100 Southgate Parkway, Morristown, NJ 07962-1997 (Attn: Warren J. Martin Jr. and Mark J. Politan); (iii) counsel of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Richard C. Morrissey, Esq.), (iv) the holders of the twenty largest unsecured claims against the Debtors (on a consolidated basis), (v) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Gary S Lee, Esq. and John A. Pintarelli, Esq.) as Counsel for Peter Anderson and Matthew Wright, As Purported Joint Official Liquidators of Soundview Elite, Ltd., Soundview Premium, Ltd. and Soundview Star, Ltd., (vi) Richard J. Davis, Esq., 415 Madison Ave., 11th Floor, New York, NY 10017, the

2661286

Chapter 11 Trustee and Michael Luskin, Esq., Luskin, Stern & Eisler LLP, Eleven Times Square, 8th Ave. & 41st St., New York, NY 10036, Counsel for the Chapter 11 Trustee in Fletcher International, Ltd., Case No. 12-12796 (REG), (vii) Ostad PLLC, 185 Great Neck Rd., Suite 330, Great Neck, NY 11021 (Attn: Karen Ostad, Esq.) as Counsel for Optima Absolute Return Fund, Ltd., Richcourt Allweather Fund, Inc., America Alternative Investments, Ltd., Solon Group, Inc. and Deborah Hicks Midanek, (viii) Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019 (Attn: Andrew K. Glenn, Esq. And Jeffrey R. Gleit, Esq. As Counsel for Pasig Ltd., (ix) Corinne Ball, Esq., Jones Day LLP, 222 East 41st Street, New York, NY 10017-6702 as proposed Chapter 11 Trustee and (x) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002 so as to be received no later than February 26, 2014 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: February 4, 2014

**Porzio, Bromberg & Newman, P.C.**
*Counsel for Debtors and
Debtors in Possession*

/s/ Warren J. Martin Jr.
   Warren J. Martin Jr.

2661286