KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ANDREW K. GLENN
DIRECT DIAL: 212-506-1747
AGLENN@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

February 20, 2014

**By E-Mail and U.S. Mail**

Richard C. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Re:     *In re Soundview Elite, Ltd., et al.*, Case No. 13-13098 (REG)

Dear Mr. Morrissey:

We represent Pasig Ltd. ("Pasig") in the above referenced debtors' (the "Debtors") chapter 11 cases. Pasig is the largest stakeholder in these cases and holds in excess of 20% of the claims in these cases.

In connection with the *Bench Decision on Motions to Dismiss, for Relief from Stay, for Appointment of Trustee, and on Sanctions for Contempt*, dated January 23, 2014 [Docket No. 156], the Office of the United States Trustee for the Southern District of New York (the "United States Trustee") appointed Corinne Ball, Esq. as Chapter 11 Trustee in the Debtors' bankruptcy cases on January 31, 2014. *See Notice of Appointment of Chapter 11 Trustee* [Docket No. 160]. Pasig objects to this appointment.

Pasig hereby requests that, in accordance with section 1104(b)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 and Rule 2007.1 of the Federal Rules of Bankruptcy Procedure, the United States Trustee convene a meeting of creditors for the purpose of electing a trustee in these cases at the earliest convenience.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Richard C. Morrissey, Esq.
February 20, 2014
Page 2

Please let me know if you have any questions.  Thank you.

Respectfully,

*Andrew K. Glenn /eos*

Andrew K. Glenn

cc:    Corinne Ball, Esq.
       Warren Martin, Esq.
       John Pintarelli, Esq.
       Richard J. Davis, Esq.
       Michael Luskin, Esq.
       Karen Ostad, Esq.