# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (404) 581-8749
AEFERBER@JONESDAY.COM

February 21, 2014

VIA ELECTRONIC FILING

Richard C. Morrissey, Esq.
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

      Re:    In re Soundview Elite Ltd., et al., No. 13-13098 (REG)

Dear Mr. Morrissey:

      We are the proposed counsel for Ms. Corinne Ball, not individually but solely in her capacity as the chapter 11 trustee (the "**Trustee**") in the above-captioned cases (the "**Chapter 11 Cases**"). We write on behalf of the Trustee with respect to Mr. Andrew Glenn's letter filed last evening, February 20, 2014 [Docket No. 190], which on behalf Pasig Ltd. ("**Pasig**"), objects to Ms. Ball's appointment as Trustee and requests that the United States Trustee convene a meeting of creditors for the purpose of electing a trustee in the Chapter 11 Cases.

      Although the Trustee acknowledges the receipt of Mr. Glenn's letter, we are not in a position to confirm Mr. Glenn's statement that "Pasig is the largest stakeholder in the Chapter 11 Cases and holds in excess of 20% of the claims in this cases." The Trustee is in possession of conflicting information regarding Pasig's holdings in the Chapter 11 Cases.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

**JONES DAY**

Mr. Richard Morrissey
February 21, 2014
Page 2

      We are available to discuss this matter, and answer any questions that you may have, at your convenience.

Respectfully,

*/s/ Amy Edgy Ferber*

Amy Edgy Ferber

cc:    Corinne Ball, Esq.
       Andrew K. Glenn, Esq.
       Warren Martin, Esq.
       John Pintarelli, Esq.
       Michael Luskin, Esq.
       Karen Ostad, Esq.