Hearing Date and Time: February 25, 2014 at 9:45 a.m. (ET)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Veerle Roovers
Amy Edgy Ferber

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Thomas F. Cullen, Jr.
Daniel T. Moss

*Proposed Attorneys for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 13-13098 (REG) |
| SOUNDVIEW ELITE LTD., *et al.*, | : | (Jointly Administered) |
| Debtors. | : | |

# FEBRUARY 25, 2014 HEARING AGENDA

Time of Hearing:          9:45 a.m. (prevailing Eastern Time)

Location of Hearing:   Honorable Robert E. Gerber, Courtroom 523 of the United States
                                     Bankruptcy Court for the Southern District of New York,
                                     One Bowling Green, New York, New York 10004

NYI-4572593v2

**UNCONTESTED MATTERS**

1.  Chapter 11 Trustee Motion for (A) 2004 Discovery Order and (B) Uniform Protective Order [D.I. 183]

    <u>Responses Filed</u>: None to date

    **Status:  This matter is going forward.**

**STATUS CONFERENCE**

2.  Notice of Status Conference [D.I. 180]

    <u>Responses Filed</u>: None to date

    **Status:  This status conference is going forward.**

Dated:  February 24, 2014                          Respectfully submitted,

/s/ Amy Edgy Ferber
Veerle Roovers
Amy Edgy Ferber
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Thomas F. Cullen, Jr.
Daniel T. Moss
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Proposed Attorneys for the Chapter 11 Trustee*

NYI-4572593v2