1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 13-13098-reg

5  - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  SOUNDVIEW ELITE LTD., et al.,

9

10              Debtors.

11

12  - - - - - - - - - - - - - - - - - - - -x

13

14              United States Bankruptcy Court

15              One Bowling Green

16              New York, New York

17

18              August 6, 2014

19              10:22 AM

20

21  B E F O R E:

22  HON. ROBERT E. GERBER

23  U.S. BANKRUPTCY JUDGE

24

25

1

2    Motion Filed By Gerti Muho To Remove Chapter 11 Trustee,

3    Dismiss this Action, and Other and Further Relief

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Transcribed by:  Linda Ferrara

21    eScribers, LLC

22    700 West 192nd Street, Suite #607

23    New York, NY 10040

24    (973)406-2250

25    operations@escribers.net

1

2   A P P E A R A N C E S :

3   JONES DAY

4          Attorneys for Corinne Ball, Chapter 11 Trustee

5          222 East 41st Street

6          New York, NY 10017

7

8   BY:   WILLIAM J. HINE, ESQ.

9          CORINNE BALL, ESQ.

10

11

12   UNITED STATES DEPARTMENT OF JUSTICE

13          Office of the United States Trustee

14          201 Varick Street

15          Room 1006

16          New York, NY 10014

17

18   BY:   RICHARD MORRISSEY, ESQ.

19

20

21   ALSO PRESENT:

22          GERTI MUHO, pro se

23          ALPHONSE FLETCHER, Fletcher Asset Management

24          (Telephonically)

25          GEORGE LADNER, Fletcher Asset Management (Telephonically)

SOUNDVIEW ELITE LTD., ET AL.                                    4

1                    P R O C E E D I N G S

2              THE COURT:  Okay.  I'll take Soundview next.  I want

3    to get appearances and then I want everybody to sit down.  I

4    have some preliminary comments.

5              MR. MUHO:  Your Honor, Gerti Muho, pro se.

6              THE COURT:  All right.  Mr. Muho.

7              MR. HINE:  Your Honor, William Hine from Jones Day.

8    We represent Ms. Corinne Ball, the trustee for the Soundview

9    estates.

10             THE COURT:  Right, Mr. Hine.

11             MR. MORRISSEY:  Richard Morrissey for the U.S.

12    Trustee.

13             THE COURT:  All right.  Gentlemen, sit down.

14             I've read the briefs and I have some reactions,

15    probably stronger reactions than I usually do.  Mr. Muho,

16    Section 305 of the Code, one of the two sections you're relying

17    on requires a motion for 305 dismissal or abstention to be not

18    just in the interest of the debtor but also of the creditors.

19    I cannot for the life of me see how removing the trustee, who

20    is an independent fiduciary looking out for the creditors in

21    the face of not just allegations but stuff that I have already

22    in the record by affidavit about the removal of the two million

23    dollars could ever in a thousand years be found to be in the

24    interest of the creditor community.

25             On the second issue, the removal of the trustee, I

1  have the same overriding concern but apart from that, your

2  opponents make some very, very strong showings on collateral

3  estoppel and on laches.  The creditor community has been

4  justifiably relying on the action of the trustee to go to bat

5  for them in this case and on the propriety of filing, I've

6  already ruled on it and it's law of the case.

7          Now the liquidators who had opposed the propriety of

8  the filing here lost that issue but they understood it and

9  respected it.  And the proceedings before me weren't in secret.

10 So I've read your papers.  I'll hear what you have to say to

11 supplement the papers and then I'll let Mr. Hine respond to the

12 extent he considers appropriate.

13         And Mr. Morrissey, you have statutory rights to be

14 heard.  I don't know if you personally have a dog in this fight

15 or not but I'll give you a chance to be heard, too but let me

16 hear first from you, Mr. Muho; main lectern please.

17         MR. MUHO:  Thank you, Your Honor for reading

18 everything I read -- I wrote.  305, interest of the creditors

19 and of the equity holders, I may have emphasized the equity

20 holders; that's not -- that's both because I may have

21 overlooked the interest of the creditors (A), but more

22 importantly, I must -- much more importantly -- much, much more

23 importantly it's because the creditor and the only creditor

24 that appeared here was Pasig Ltd.

25         Pasig Ltd., I have mountains of proof that would show

SOUNDVIEW ELITE LTD., ET AL.                                    6

1    the Court beyond any reasonable doubt that is nothing but the

2    alter ego of Citco Group Ltd.  Citco Group Ltd., failing to

3    disclose that itself, defrauded this Court -- defrauded this

4    Court which is unfortunate but it is also significant --

5    there's significant amounts of assets at state (sic) which I

6    would foresee the need for them to fail to disclose such a key

7    part that Pasig is Citco, Citco is Pasig and there is no other,

8    you know -- there's no other --

9           I mean, we're dealing -- I mean -- and this is just

10   going a little more than I have to but we're dealing with

11   experts or leaders in the corporate identity shift and -- shift

12   game which means that Citco, Pasig -- Citco Trading Inc. which

13   doesn't exist and none of them will ever have told you that,

14   including this trustee or Buddy or anyone else, that doesn't

15   exist.  It was a false entity created in order to maintain the

16   secondary investors under fifteen percent, which would then req

17   -- which would then not necess -- not necessitate them being

18   disclosed as part owners, something Buddy was afraid of because

19   they could have stolen his control because if they didn't

20   appear as creditors, then only Buddy appeared as owner, even

21   though he used 20 million from the Fletcher -- from the

22   Louisiana Pension Funds to buy that.

23          So the idea -- well, the Citco Trading Inc. was

24   created to give it an extra fifteen percent.  By giving Citco

25   Trading Inc. fifteen percent, Buddy's stake was lowered so by

1   consequently, the secondary investors which were Izzy Engra --

2   Izzy Islander fifteen billion dollar hedge funds and others

3   were pushed under the ten percent reporting mark for banks.

4            So alter egos -- alter egos are just everywhere.

5   There are documents creating alter egos just in case dating

6   back to 2004.  It's almost impossible to distinguish between

7   entities that existed in 2004 and they didn't.  Citco, Buddy,

8   JPMorgan -- JPMorgan -- JPMorgan was a big part of it.

9            That's why for me to focus on a creditor which even if

10  I were to lose this hearing, I would come back here and ask to

11  subordinate for damages that they've done to the estate, is a

12  reason why I did not focus on them.  They're the primary

13  creditor.

14           THE COURT:  Pause please, Mr. Muho.  You contended in

15  your papers that you had standing because you were the one

16  authorized to make decisions on behalf of the debtor.  Do you

17  contend that you're also a creditor?

18           MR. MUHO:  I -- if I were to lose this case, I would

19  have significant claims against the estate.  I have not filed

20  those claims because (A) I did not have notice, (B) even if I

21  had notice, I had guards blocking me from -- hypothetical

22  guards blocking me from coming here and (C) because I felt that

23  it would be illegal or illegitimate or less than -- less than a

24  full integrity for my side to come in and recognize a

25  bankruptcy which was itself a farge (sic) to steal; something

1    illegal in my opinion or if not illegal, since I'm not a

2    lawyer, something less than, you know -- something that sits

3    right in my stomach at night.

4            THE COURT:  All right.  Would you now please turn to

5    the issues of law of the case, collateral estoppel and laches?

6            MR. MUHO:  Fraud on the Court, Your Honor.  Fraud on

7    the Court.  Fraud on the Court.  You cannot come in here -- Mr.

8    Harvey, I mean, obviously his community service has run out, so

9    he no longer feels that he can come here without pro bono and

10   advocate for Soundview Elite as he did earlier when he was

11   freezing my accounts without expectation of any pay.  He's no

12   longer here.

13           He defrauded this Court.  The attorneys that filed

14   this motion, Porzio, they saw a little child.  They saw

15   somebody who you normally be carrying their bags.  They said we

16   can do whatever we want.

17           Chevron, I read this case recently -- against Chevron,

18   Peaton (sic) -- Patton Boggs and a lot of these players, a lot

19   of the community as they themselves called it, they -- a judge

20   found, a district judge found in New York, they had committed

21   massive, massive fraud against Chevron, the oil supplier.  I,

22   at best, a word supplier.  So it -- is it -- is it -- their

23   lack of appearance itself goes to that plus to the proof that

24   they came in here without authority, without -- without

25   integrity, without -- without honor, without anything and come

SOUNDVIEW ELITE LTD., ET AL.                                    9

1    here and say that the -- Your Honor, the case in Delaware is

2    over.  That is just a despicable, disgusting lie that not only

3    an officer of the Court shouldn't tell but anyone on the street

4    should not tell.  That case was not over.  I mean I can go into

5    that case but I'd rather not since I wasn't even a party to it.

6              THE COURT:  All right.  Thank you.

7              Mr. Hine?

8              MR. HINE:  Your Honor, I don't feel the need to

9    reiterate everything we've argued in our brief.  I think the

10   Court has an understanding.  I would point out that the

11   impropriety that Mr. Muho is now alleging are the very things

12   that the trustee is investigating here.  We're looking into the

13   propriety of prior transactions, so I don't think that's a

14   basis for removing her.

15             And I would also note that we view this motion as

16   nothing more than an attempt to retaliate against our efforts

17   to collect the two million dollars that Mr. Muho took from the

18   estate which we're now trying to do.  So I think the Court has

19   ample understanding of our papers.  If you have any questions

20   for me, I'm prepared to sit down and rely on our papers, Your

21   Honor.

22             THE COURT:  No.  No, thank you.

23             Mr. Morrissey, do you have a position to be heard on

24   this?

25             MR. MORRISSEY:  Your Honor, we moved for the

1  appointment of a Chapter 11 trustee for a reason and the reason

2  is that the financial transactions involving the Fletcher

3  entities in general, and the Soundview entities in particular,

4  had to be investigated by an independent party, an independent

5  fiduciary.  That is exactly what we have in Ms. Ball and that's

6  how we should continue with this Chapter 11 case.  I don't see

7  any reason to move the Chapter 11 trustee.

8          THE COURT:  All right.  Thank you.

9          Mr. Muho, you have a right to reply which means that

10  you have a right to respond to anything new that Mr. Hine or

11  Mr. Morrissey said but not to say points that you could have

12  made the first time.  If you want to come up, you may.

13          MR. FLETCHER:  Your Honor, Mr. Fletcher would also

14  like to comment.

15          THE COURT:  Oh, Mr. Fletcher?  All right.  Why don't

16  you be heard before Mr. Muho.  Mr. Muho, you can stand there

17  but I'll hear from you, Mr. Fletcher.

18          MR. FLETCHER:  Thank you, Your Honor.  I don't think

19  it's necessary to contradict various of Mr. Muho's statements

20  which the record shows to be false but I do think that Mr.

21  Morrissey's comments requires a response, that he said that

22  transactions involving Fletcher needed to be investigated.

23          As Your Honor will recall during the five-day trial

24  after extensive discovery and extensive production from the

25  Soundview debtors, multiple counsel were unable to prove the

1    allegations which the debtors characterized from the start as

2    false.  In most Chapter 11 cases, I understand there are

3    various allegations but it's an extraordinary remedy to appoint

4    a trustee and in this case where we had the benefit of a trial,

5    and that trial failed to prove the allegations, I think it's

6    reasonable to say that there were -- in this case, unlike many

7    others, it's not reasonable to conclude that there were

8    transactions that needed to be further investigated.  They were

9    thoroughly investigated and tried and heard.

10           Importantly, one other element of these motions is the

11   allegation that I've made that this trustee is not a

12   disinterested person.  I realize that it's Mr. Morrissey's

13   team's responsibility to identify a trustee and confirm the

14   lack of disinterestedness and to motion the Court but the

15   delayed disclosure of connections to parties in the Fletcher

16   International, Ltd. case and the failure to disclose other

17   connections and relationships, leave this trustee inappropriate

18   to continue in her position.

19           I don't believe that was addressed by Mr. Hines (sic)

20   or Mr. Morrissey but the record is surprisingly clear about

21   these conflicts and as we've discussed before, when I sought to

22   compel the various fiduciaries to honor their obligations, the

23   documentary evidence shows that there are relationships that at

24   a minimum should be disclosed so that this Court has the

25   ability to decide whether or not a fiduciary is disinterested.

1            That's all I have.  Thank you, Your Honor.

2            THE COURT:  Okay.

3            Mr. Muho?

4            MR. MUHO:  Since Buddy just came on, I just want to

5    pick up on something that he put on in his -- in his letter to

6    the Court.  He mentioned, among others, which have in fact been

7    actively attempting to undermine my efforts to hold them

8    accountable.  He mentioned D.E. Shaw.  Mr. D.E. Shaw.

9    Unbeknownst to the Court, I'm certain, is that Mr. D.E. Shaw is

10   a co-director with a Mr. Constantino "Tino" Argimon, of a

11   significant large hedge fund in Canada and Mr. Argimon has an

12   interest by fact that D.E. Shaw is a party-of-interest and (B)

13   because Mr. Argimon is the husband of Analisa Torres, an

14   unappointed judge to the case that found the default judgment

15   against me for being a thief.

16           That is something that (A) should have been disclosed

17   to the Court, given that my research was nothing more than

18   Google, (B) it's something that I am attacking later on in this

19   day and I'm happy to provide you with that motion if necessary

20   at right -- at this moment, but it's treasonous, in my opinion,

21   to find that a frivol -- somebody asking for electricity -- of

22   filing a motion to dismiss a TRO for electricity and for water

23   is frivolous, which as she ruled my motion but that's her --

24   that's her decision and it would have been nice if she would

25   have actually been appointed by the clerk, which she wasn't, as

```
 1   I pointed out in my most recent filing.

 2           But let's go back to a disinterested trustee which

 3   she's far from.

 4           THE COURT:  You're rearguing matters or raising new

 5   matters that go beyond the scope of reply, Mr. Muho.

 6           MR. MUHO:  The interest of the trustee?

 7           THE COURT:  Would you limit yourself to what I heard

 8   from the opposing lawyers today in oral argument?

 9           MR. MUHO:  I'm sorry, I --

10           THE COURT:  Not points that you could have made or did

11   make in your papers at the outset.

12           MR. MUHO:  I apologize.  I'm just not a lawyer.

13           A disinterested trustee would have immediately picked

14   up the investigation or at least asked me for the documents

15   that prove Citco and part -- and Fletcher, were co-managing

16   Soundview Elite and an entity called Global Hawk, which then

17   repaid 100 million dollars to a company called Corsair Capital.

18   That's an alter ego for JPMorgan's investment firm.

19           Those three parties have deep pockets and I have a

20   case against them which I initiated but couldn't pursue due to

21   actions beyond my control.  A disinterested trustee would have

22   -- would have hawked after that case, would not have

23   investigated someone who is registered with the SEC as an

24   investment advisor, took two million dollar.  At best --

25   pursuant to actually, I may add, a court order -- a court
```

SOUNDVIEW ELITE LTD., ET AL.                    14

1  request by Judge Vaughn in Delaware, that I find -- I go get

2  money and hire a lawyer which is what I did and what Mr. Harvey

3  said that Mr. Muho, you know, is blowing money away on hiring

4  lawyers to fight us.  But so -- so that's what a disinterested

5  trustee --

6         I have done more than 10,000 -- I mean a -- I've spent

7  a year without holidays, night or day or sleep, investigating

8  all of this.  For this trustee after no -- after I told her

9  that to not to completely ignore me and to come here and say

10 that we're investigating a child, who at best -- who, you know,

11 is not around hiding things and has current -- already

12 contacted the FBI and every other authority in the world who

13 lives in -- as the record shows, is sort of -- sort of -- sort

14 of damning evidence, she's not interested -- disinterested.

15         Apart, if you noticed, I did pay 30,000 dollars to her

16 after April, in mid-April, for her services to represent the

17 valuation company that Buddy used or the valuation Buddy --

18 that Buddy had.  That alone -- and I'm sure she -- she didn't

19 jump at disclosing that one, means that she may not be

20 disinterested.

21         I -- and I'm sure that there exists a wall between,

22 you know, separate cases but I've seen that wall broken so many

23 times.  I have been robbed by lawyers.  So I've see -- there's

24 significant reasons to doubt her interests.

25         Lastly, for her to say res judicata to two judgments;

1   one of them was a default judgment in New York by Analisa

2   Torres, Argimon's wife.  The second one was a Delaware

3   judgment, I wasn't even made a party to.  Judge Vaughn actually

4   and this is sort of a joke, wanted to punch me in the face when

5   I -- when I tried earlier this year to join the case.  He said,

6   "You're not a party.  You weren't made a party.  Get out of

7   here before they preclude you going forward."

8           So -- and that's the same judge that denied Buddy

9   summary judgment which forced Buddy and Co. to come here and

10  ask for their money through a court order for, you know, using

11  the bankruptcy court's power.

12          Now, so if the investigation is on me for two million,

13  which they already have 500, then my indemnification because --

14          THE COURT:  I take it it's not disputed that you did

15  take the two million dollars.

16          MR. MUHO:  It is absolutely not disputed that I

17  transferred two million dollars from Soundview Elite at the

18  time, Leveraged Hawk, to Leveraged Hawk.  HSBC -- HSBC -- HSBC

19  Legal Department reviewed the documents for a month.  I was

20  ready to sue them.  At that time, they said we agree with your

21  documents.  We have reviewed them.  You know, we have a legal

22  team also.  I mean it's HSBC.  It's not --

23          THE COURT:  Okay.  Continue, please.  Continue but

24  also wind it up.  You've been speaking a lot longer than your

25  opponents did.

1          MR. MUHO:  I apologize but I -- and you know what?

2     I've -- oh, the Fletcher and the Soundview matter.  I -- that

3     there was a lot of improprieties in Fletcher and Soundview.

4     Well, who else but the person who said hey, this improprieties

5     that I've seen here require me to go against Fletcher and

6     Soundview old -- Soundview's old management in order to pursue

7     the people who robbed them at a ginormous interest to myself,

8     should I succeed but try succeeding against every best law firm

9     in the world, that was the --

10          So as far as pursue, I have a bigger stake in holding

11    them accountable.  I have a personal stake in holding them

12    accountable.  And I have my life is committed to a stake in

13    holding them accountable.

14          So if a disinterested trustee, even if she was, which

15    she is not, you know, given her -- her arguments, you know --

16    and I should add the Leveraged Hawk means that they're -- the

17    Leveraged Hawk merger means that there are no debtors and

18    bankruptcy cannot create a debtor -- cannot create a person.  A

19    person could file for bankruptcy.  There are no persons since

20    Leveraged Hawk merger completely eviscerated the debtors.  So

21    whoever filed -- whatever -- whatever alien sort of formed,

22    filed for bankruptcy needs to be eviscerated.  And I, you know

23    -- sorry.

24          THE COURT:  Okay.  Thank you.

25          Everybody sit in place for a minute.  All right.

1          In this contested matter in the jointly administered

2    Chapter 11 case of the Soundview entities, Mr. Muho moves

3    pursuant to Section 305 of the Code to dismiss the case and

4    also moves relying on what I believe is 1105 of the Code, to

5    remove the trustee.  Each of those motions is denied and the

6    following are the bases for this determination.

7          Turning first to the 305 motion, a 305 dismissal

8    requires a finding that the dismissal is in the interest of

9    both the debtor and the creditors.  In this case, I can find

10   that it's neither.  The debtor is, at least in this instance,

11   obligated to meet its creditors before it can look out for its

12   own welfare.  I have some difficulty seeing how I could even

13   find that a dismissal is in the interest of the debtor.

14         But more fundamentally, a dismissal is not in the

15   interest of the creditors who are sitting unpaid while certain

16   people, most significantly Mr. Fletcher and Mr. Muho point

17   fingers at each other and whose recoveries must await the

18   liquidation of the assets of this estate and the recovery of

19   assets that may have been taken out of the estate which

20   include, among other things, the two million dollars that Mr.

21   Muho has acknowledged he took out, albeit for reasons that he

22   contends were appropriate.

23         The motion, if it had other merit, would be brought

24   under 1112 not under 305 but even that is inappropriate because

25   that requires a showing of cause for the dismissal of the case.

1   Here, cause has not been shown and the trustee has pointed out

2   with great force the applicability of collateral estoppel and

3   law of the case and also, laches.  Although I think it's

4   probably best for me to rearrange them in terms of their

5   conceptual order.

6          Turning first to law of the case, I previously ruled

7   that this case was properly filed.  And I did that in a written

8   opinion and I did it based on uncontested facts that the people

9   who based on affidavits shown to me at the time had the

10  authority to file the case which at the time were Mr. Fletcher

11  and Mr. Ladner, if I am not mistaken, had done so.

12         Now the liquidators had differed with that conclusion

13  but I ruled on it and that issue is behind us.  I expressly

14  gave Mr. Muho an opportunity to be heard on the law of the case

15  finding and while he said certain things, none of it went to

16  the law of the case.

17         Then we turn to laches which is probably the strongest

18  reason for both not dismissing the case and denial of the

19  motion to dismiss the trustee because this case has gone on for

20  months during which investigation has gone on, during which

21  creditors have rightfully relied on the ability of the trustee

22  to do her job and all indications are that the trustee is doing

23  her job.

24         The real problem I have with your position, Mr. Muho,

25  and to a lesser extent but still to Mr. Fletcher's joinder, is

1   that when you're the target of an action taken by a trustee,

2   you can't target the guy or woman who is acting on behalf of

3   the estate who is going after you.  I mean the purpose of

4   trustees is to engage in their independent professional

5   judgment as to whether claims should be asserted.  Those claims

6   can, of course, be controverted or fought on the merits but

7   people who are the targets of the litigation brought by a

8   trustee have to make very strong showings that their accuser is

9   acting improperly.  Otherwise, the whole system would collapse.

10          So when people who are the targets of litigation

11   profess to be speaking for the best interest of the estate when

12   trustees, either Chapter 7 trustees or Chapter 11 trustees or

13   trustees for litigation trusts formed under plans, are going

14   after them or by analogy the creditors' committees of the world

15   when they try to bring claims under SDN authority, a court

16   looks at that stuff with a grain of salt.

17          And then we have the collateral estoppel issues to

18   which once again Mr. Muho did not respond.

19          So for all of those reasons, I'm denying the motion to

20   dismiss the case under 305.  I would have denied it if the

21   motion had been brought under 1112 and I am denying the motion

22   to fire the trustee.  As Mr. Morrissey pointed out in oral

23   argument, the trustee is very much needed to protect the

24   interest of this estate, just as for the same reasons that he

25   asked the trustee to be appointed in the first place.

SOUNDVIEW ELITE LTD., ET AL.                          20

1          The trustee is to settle an order in accordance with

2     the foregoing.

3          MR. HINE:  Yes, Your Honor.

4          THE COURT:  Do we have any further business in the

5     Soundview cases?  Yes, hearing none, then we're going to move

6     on Adoni Group.  Everybody who was here solely on Soundview is

7     excused.

8          MR. HINE:  Your Honor, may I be heard?

9          THE COURT:  Mr. Hine?

10          MR. HINE:  Could I ask one --

11          THE COURT:  Come to a mic, would you please?

12          MR. HINE:  Could I ask for one point of clarification.

13          THE COURT:  Everybody sit down for a moment.

14          MR. HINE:  I apologize, Your Honor.  Is the joinder

15     motion denied, as well, Mr. Fletcher's?

16          THE COURT:  I had understood the joinder motion to

17     be -- you mean Mr. Fletcher's?

18          MR. HINE:  Yeah.

19          THE COURT:  I had understood that to be mainly

20     disagreeing with Mr. Muho but I don't remember any affirmative

21     relief that was duly brought before me.  What was that?

22          MR. HINE:  I don't believe he did, Your Honor.  He

23     made some allegations about the trustee and so we wanted to --

24          THE COURT:  Mr. Hine, everybody's making all sorts of

25     accusations about the trustee.  Everybody's making accusations

1  about everybody else.  I'm not ruling on anything that is not

2  before me in the form of an appropriate motion.

3         MR. HINE:  Thank you, Your Honor.

4         THE COURT:  Okay.

5     (Whereupon these proceedings were concluded at 10:55 AM)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                                    **I N D E X**

3

4                              RULINGS

5                                                      Page        Line

6    Motion to dismiss trustee and case denied        18          5

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                        C E R T I F I C A T I O N

3

4    I, Linda Ferrara, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8

9

10                                          August 7, 2014

11   _____         _____

12   LINDA FERRARA                     DATE

13   AAERT Certified Electronic Transcriber CET**D 656

14

15   eScribers

16   700 West 192nd Street, Suite #607

17   New York, NY 10040

18

19

20

21

22

23

24

25

SOUNDVIEW ELITE LTD., et al.
Case No. 13-13098-reg

August 6, 2014

**11:11**
allegations (5)
    4:21;11:1,3,5;
    20:23
alleging (1)
    9:11
almost (1)
    7:6
alone (1)
    14:18
alter (5)
    6:2;7:4,4,5;13:18
Although (1)
    18:3
among (2)
    12:6;17:20
amounts (1)
    6:5
ample (1)
    9:19
Analisa (2)
    12:13;15:1
analogy (1)
    19:14
apart (2)
    5:1;14:15
apologize (3)
    13:12;16:1;20:14
appear (1)
    6:20
appearance (1)
    8:23
appearances (1)
    4:3
appeared (2)
    5:24;6:20
applicability (1)
    18:2
appoint (1)
    11:3
appointed (2)
    12:25;19:25
appointment (1)
    10:1
appropriate (3)
    5:12;17:22;21:2
April (1)
    14:16
Argimon (3)
    12:10,11,13
Argimon's (1)
    15:2
argued (1)
    9:9
argument (2)
    13:8;19:23
arguments (1)
    16:15
around (1)
    14:11
asserted (1)
    19:5
assets (3)

**6:5;17:18,19**
attacking (1)
    12:18
attempt (1)
    9:16
attempting (1)
    12:7
attorneys (1)
    8:13
authority (4)
    8:24;14:12;18:10;
    19:15
authorized (1)
    7:16
await (1)
    17:17
away (1)
    14:3

**B**

back (3)
    7:6,10;13:2
bags (1)
    8:15
Ball (2)
    4:8;10:5
bankruptcy (5)
    7:25;15:11;16:18,
    19,22
banks (1)
    7:3
based (2)
    18:8,9
bases (1)
    17:6
basis (1)
    9:14
bat (1)
    5:4
behalf (2)
    7:16;19:2
behind (1)
    18:13
benefit (1)
    11:4
best (6)
    8:22;13:24;14:10;
    16:8;18:4;19:11
beyond (3)
    6:1;13:5,21
big (1)
    7:8
bigger (1)
    16:10
billion (1)
    7:2
blocking (2)
    7:21,22
blowing (1)
    14:3
Boggs (1)
    8:18

bono (1)
    8:9
both (3)
    5:20;17:9;18:18
brief (1)
    9:9
briefs (1)
    4:14
bring (1)
    19:15
broken (1)
    14:22
brought (4)
    17:23;19:7,21;
    20:21
Buddy (10)
    6:14,18,20;7:7;
    12:4;14:17,17,18;
    15:8,9
Buddy's (1)
    6:25
business (1)
    20:4
buy (1)
    6:22

**C**

called (3)
    8:19;13:16,17
came (2)
    8:24;12:4
can (7)
    8:9;16:9;4:10:16;
    17:9,11;19:6
Canada (1)
    12:11
Capital (1)
    13:17
carrying (1)
    8:15
case (30)
    5:5,6;7:5,18;8:5,
    17;9:1,4,5;10:6;11:4,
    6,16;12:14;13:20,22;
    15:5;17:2,3,9,25;
    18:3,6,7,10,14,16,18,
    19;19:20
cases (3)
    11:2;14:22;20:5
cause (2)
    17:25;18:1
certain (3)
    12:9;17:15;18:15
chance (1)
    5:15
Chapter (7)
    10:1,6,7;11:2;
    17:2;19:12,12
characterized (1)
    11:1
Chevron (3)
    8:17,17,21

child (2)
    8:14;14:10
Citco (10)
    6:2,2,7,7,12,12,23,
    24;7:7;13:15
claims (5)
    7:19,20;19:5,5,15
clarification (1)
    20:12
clear (1)
    11:20
clerk (1)
    12:25
Co (1)
    15:9
Code (3)
    4:16;17:3,4
co-director (1)
    12:10
collapse (1)
    19:9
collateral (4)
    5:2;8:5;18:2;19:17
collect (1)
    9:17
co-managing (1)
    13:15
coming (1)
    7:22
comment (1)
    10:14
comments (2)
    4:4;10:21
committed (2)
    8:20;16:12
committees (1)
    19:14
community (4)
    4:24;5:3;8:8,19
company (2)
    13:17;14:17
compel (1)
    11:22
completely (2)
    14:9;16:20
conceptual (1)
    18:5
concern (1)
    5:1
conclude (1)
    11:7
concluded (1)
    21:5
conclusion (1)
    18:12
confirm (1)
    11:13
conflicts (1)
    11:21
connections (2)
    11:15,17
consequently (1)
    7:1

**A**

ability (2)
    11:25;18:21
absolutely (1)
    15:16
abstention (1)
    4:17
accordance (1)
    20:1
accountable (4)
    12:8;16:11,12,13
accounts (1)
    8:11
accusations (2)
    20:25,25
accuser (1)
    19:8
acknowledged (1)
    17:21
acting (2)
    19:2,9
action (2)
    5:4;19:1
actions (1)
    13:21
actively (1)
    12:7
actually (3)
    12:25;13:25;15:3
add (2)
    13:25;16:16
addressed (1)
    11:19
administered (1)
    17:1
Adoni (1)
    20:6
advisor (1)
    13:24
advocate (1)
    8:10
affidavit (1)
    4:22
affidavits (1)
    18:9
affirmative (1)
    20:20
afraid (1)
    6:18
again (1)
    19:18
against (8)
    7:19;8:17,21;9:16;
    12:15;13:20;16:5,8
agree (1)
    15:20
albeit (1)
    17:21
alien (1)
    16:21
allegation (1)

SOUNDVIEW ELITE LTD., et al.
Case No. 13-13098-reg

August 6, 2014

**considers (1)**
5:12
**Constantino (1)**
12:10
**contacted (1)**
14:12
**contend (1)**
7:17
**contended (1)**
7:14
**contends (1)**
17:22
**contested (1)**
17:1
**continue (4)**
10:6;11:18;15:23,
23
**contradict (1)**
10:19
**control (2)**
6:19;13:21
**controverted (1)**
19:6
**Corinne (1)**
4:8
**corporate (1)**
6:11
**Corsair (1)**
13:17
**counsel (1)**
10:25
**course (1)**
19:6
**COURT (44)**
4:2,6,10,13;6:1,3,
4;7:14;8:4,6,7,7,13;
9:3,6,10,18,22;10:8,
15;11:14,24;12:2,6,
9,17;13:4,7,10,25,
25;15:10,14,23;
16:24;19:15;20:4,9,
11,13,16,19,24;21:4
**court's (1)**
15:11
**create (2)**
16:18,18
**created (2)**
6:15,24
**creating (1)**
7:5
**creditor (7)**
4:24;5:3,23,23;
7:9,13,17
**creditors (9)**
4:18,20;5:18,21;
6:20;19:9,11,15;
18:21
**creditors' (1)**
19:14
**current (1)**
14:11

### D

**damages (1)**
7:11
**damning (1)**
14:14
**dating (1)**
7:5
**Day (3)**
4:7;12:19;14:7
**DE (4)**
12:8,8,9,12
**dealing (2)**
6:9,10
**debtor (6)**
4:18;7:16;16:18;
17:9,10,13
**debtors (4)**
10:25;11:1;16:17,
20
**decide (1)**
11:25
**decision (1)**
12:24
**decisions (1)**
7:16
**deep (1)**
13:19
**default (2)**
12:14;15:1
**defrauded (3)**
6:3,3;8:13
**Delaware (3)**
9:1;14:1;15:2
**delayed (1)**
11:15
**denial (1)**
18:18
**denied (4)**
15:8;17:5;19:20;
20:15
**denying (2)**
19:19,21
**Department (1)**
15:19
**despicable (1)**
9:2
**determination (1)**
17:6
**differed (1)**
18:12
**difficulty (1)**
17:12
**disagreeing (1)**
20:20
**disclose (3)**
6:3,6;11:16
**disclosed (3)**
6:18;11:24;12:16
**disclosing (1)**
14:19
**disclosure (1)**

**11:15**
**discovery (1)**
10:24
**discussed (1)**
11:21
**disgusting (1)**
9:2
**disinterested (9)**
11:12,25;13:2,13,
21;14:4,14,20;16:14
**disinterestedness (1)**
11:14
**dismiss (4)**
12:22;17:3;18:19;
19:20
**dismissal (6)**
4:17;17:7,8,13,14,
25
**dismissing (1)**
18:18
**disputed (2)**
15:14,16
**distinguish (1)**
7:6
**district (1)**
8:20
**documentary (1)**
11:23
**documents (4)**
7:5;13:14;15:19,
21
**dog (1)**
5:14
**dollar (2)**
7:2;13:24
**dollars (7)**
4:23;9:17;13:17;
14:15;15:15,17;
17:20
**done (3)**
7:11;14:6;18:11
**doubt (2)**
6:1;14:24
**down (4)**
4:3,13;9:20;20:13
**due (1)**
13:20
**duly (1)**
20:21
**during (3)**
10:23;18:20,20

### E

**earlier (2)**
8:10;15:5
**efforts (2)**
9:16;12:7
**ego (2)**
6:2;13:18
**egos (3)**
7:4,4,5
**either (1)**

**19:12**
**electricity (2)**
12:21,22
**element (1)**
11:10
**Elite (3)**
8:10;13:16;15:17
**else (3)**
6:14;16:4;21:1
**emphasized (1)**
5:19
**engage (1)**
19:4
**Engra (1)**
7:1
**entities (4)**
7:7;10:3,3;17:2
**entity (2)**
6:15;13:16
**equity (2)**
5:19,19
**estate (8)**
7:11,19;9:18;
17:18,19;19:3,11,24
**estates (1)**
4:9
**estoppel (4)**
5:3;8:5;18:2;19:17
**even (8)**
6:20;7:9,20;9:5;
15:3;16:14;17:12,24
**everybody (5)**
4:3;16:25;20:6,13;
21:1
**everybody's (2)**
20:24,25
**everywhere (1)**
7:4
**evidence (2)**
11:23;14:14
**eviscerated (2)**
16:20,22
**exactly (1)**
10:5
**excused (1)**
20:7
**exist (2)**
6:13,15
**existed (1)**
7:7
**exists (1)**
14:21
**expectation (1)**
8:11
**experts (1)**
6:11
**expressly (1)**
18:13
**extensive (2)**
10:24,24
**extent (2)**
5:12;18:25
**extra (1)**

**6:24**
**extraordinary (1)**
11:3

### F

**face (2)**
4:21;15:4
**fact (2)**
12:6,12
**facts (1)**
18:8
**fail (1)**
6:6
**failed (1)**
11:5
**failing (1)**
6:2
**failure (1)**
11:16
**false (3)**
6:15;10:20;11:2
**far (2)**
13:3;16:10
**farge (1)**
7:25
**FBI (1)**
14:12
**feel (1)**
9:8
**feels (1)**
8:9
**felt (1)**
7:22
**fiduciaries (1)**
11:22
**fiduciary (3)**
4:20;10:5;11:25
**fifteen (1)**
6:16,24,25;7:2
**fight (2)**
5:14;14:4
**file (2)**
16:19;18:10
**filed (5)**
7:19;8:13;16:21,
22;18:7
**filing (4)**
5:5,8;12:22;13:1
**financial (1)**
10:2
**find (4)**
12:21;14:1;17:9,
13
**finding (2)**
17:8;18:15
**fingers (1)**
17:17
**fire (1)**
19:22
**firm (2)**
13:18;16:8
**first (5)**

SOUNDVIEW ELITE LTD., et al.
Case No. 13-13098-reg

August 6, 2014

5:16;10:12;17:7;
18:6;19:25
**five-day (1)**
10:23
**Fletcher (15)**
6:21;10:2,13,13,
15,17,18,22;11:15;
13:15;16:2,3,5;
17:16;18:10
**Fletcher's (3)**
18:25;20:15,17
**focus (2)**
7:9,12
**following (1)**
17:6
**force (1)**
18:2
**forced (1)**
15:9
**foregoing (1)**
20:2
**foresee (1)**
6:6
**form (1)**
21:2
**formed (2)**
16:21;19:13
**forward (1)**
15:7
**fought (1)**
19:6
**found (4)**
4:23;8:20,20;
12:14
**Fraud (4)**
8:6,6,7,21
**freezing (1)**
8:11
**frivol (1)**
12:21
**frivolous (1)**
12:23
**full (1)**
7:24
**fund (1)**
12:11
**fundamentally (1)**
17:14
**Funds (2)**
6:22;7:2
**further (2)**
11:8;20:4

**G**

**game (1)**
6:12
**gave (1)**
18:14
**general (1)**
10:3
**Gentlemen (1)**
4:13

**Gerti (1)**
4:5
**ginormous (1)**
16:7
**given (2)**
12:17;16:15
**giving (1)**
6:24
**Global (1)**
13:16
**goes (1)**
8:23
**Google (1)**
12:18
**grain (1)**
19:16
**great (1)**
18:2
**Group (3)**
6:2,2;20:6
**guards (2)**
7:21,22
**guy (1)**
19:2

**H**

**happy (1)**
12:19
**Harvey (2)**
8:8;14:2
**Hawk (6)**
13:16;15:18,18;
16:16,17,20
**hawked (1)**
13:22
**hear (3)**
5:10,16;10:17
**heard (8)**
5:14,15;9:23;
10:16;11:9;13:7;
18:14;20:8
**hearing (2)**
7:10;20:5
**hedge (2)**
7:2;12:11
**hey (1)**
16:4
**hiding (1)**
14:11
**HINE (17)**
4:7,7,10;5:11;9:7,
8;10:10;20:3,8,9,10,
12,14,18,22,24;21:3
**Hines (1)**
11:19
**hire (1)**
14:2
**hiring (1)**
14:3
**hold (1)**
12:7
**holders (2)**

5:19,20
**holding (3)**
16:10,11,13
**holidays (1)**
14:7
**Honor (19)**
4:5,7;5:17;8:6,25;
9:1,8,21,25;10:13,
18,23;11:22;12:1;
20:3,8,14,22;21:3
**HSBC (4)**
15:18,18,18,22
**husband (1)**
12:13
**hypothetical (1)**
7:21

**I**

**idea (1)**
6:23
**identify (1)**
11:13
**identity (1)**
6:11
**ignore (1)**
14:9
**illegal (1)**
7:23;8:1,1
**illegitimate (1)**
7:23
**immediately (1)**
13:13
**importantly (4)**
5:22,22,23;11:10
**impossible (1)**
7:6
**improperly (1)**
19:9
**improprieties (2)**
16:3,4
**impropriety (1)**
9:11
**inappropriate (2)**
11:17;17:24
**Inc (3)**
6:12,23,25
**include (1)**
17:20
**including (1)**
6:14
**indemnification (1)**
15:13
**independent (4)**
4:20;10:4,4;19:4
**indications (1)**
18:22
**initiated (1)**
13:20
**instance (1)**
17:10
**integrity (2)**
7:24;8:25

**interest (12)**
4:18,24;5:18,21;
12:12;13:6;16:7;
17:8,13,15;19:11,24
**interested (1)**
14:14
**interests (1)**
14:24
**International (1)**
11:16
**into (2)**
9:4,12
**investigated (5)**
10:4,22;11:8,9;
13:23
**investigating (3)**
9:12;14:7,10
**investigation (3)**
13:14;15:12;18:20
**investment (2)**
13:18,24
**investors (2)**
6:16;7:1
**involving (2)**
10:2,22
**Islander (1)**
7:2
**issue (3)**
4:25;5:8;18:13
**issues (2)**
8:5;19:17
**Izzy (2)**
7:1,2

**J**

**job (2)**
18:22,23
**join (1)**
15:5
**joinder (3)**
18:25;20:14,16
**jointly (1)**
17:1
**joke (1)**
15:4
**Jones (2)**
4:7
**JPMorgan (3)**
7:8,8,8
**JPMorgan's (1)**
13:18
**judge (6)**
8:19,20;12:14;
14:1;15:3,8
**judgment (5)**
12:14;15:1,3,9;
19:5
**judgments (1)**
14:25
**judicata (1)**
14:25
**jump (1)**

14:19
**justifiably (1)**
5:4

**K**

**key (1)**
6:6

**L**

**laches (4)**
5:3;8:5;18:3,17
**lack (2)**
8:23;11:14
**Ladner (1)**
18:11
**large (1)**
12:11
**Lastly (1)**
14:25
**later (1)**
12:18
**law (7)**
5:6;8:5;16:8;18:3,
6,14,16
**lawyer (3)**
8:2;13:12;14:2
**lawyers (3)**
13:8;14:4,23
**leaders (1)**
6:11
**least (2)**
13:14;17:10
**leave (1)**
11:17
**lectern (1)**
5:16
**Legal (2)**
15:19,21
**less (2)**
7:23,23;8:2
**lesser (1)**
18:25
**letter (1)**
12:5
**Leveraged (5)**
15:18,18;16:16,17,
20
**lie (1)**
9:2
**life (2)**
4:19;16:12
**limit (1)**
13:7
**liquidation (1)**
17:18
**liquidators (2)**
5:7;18:12
**litigation (3)**
19:7,10,13
**little (2)**
6:10;8:14

13-13098-reg    Doc 307    Filed 08/07/14    Entered 08/11/14 15:25:35    Main Document
Pg 27 of 29

SOUNDVIEW ELITE LTD., et al.
Case No. 13-13098-reg

August 6, 2014

lives (1)
14:13
longer (3)
8:9,12;15:24
look (1)
17:11
looking (2)
4:20;9:12
looks (1)
19:16
lose (2)
7:10,18
lost (1)
5:8
lot (4)
8:18,18;15:24;
16:3
Louisiana (1)
6:22
lowered (1)
6:25
Ltd (5)
5:24,25;6:2,2;
11:16

**M**

main (1)
5:16
mainly (1)
20:19
maintain (1)
6:15
making (2)
20:24,25
management (1)
16:6
many (2)
11:6;14:22
mark (1)
7:3
massive (2)
8:21,21
matter (2)
16:2;17:1
matters (2)
13:4,5
may (7)
5:19,20;10:12;
13:25;14:19;17:19;
20:8
mean (8)
6:9,9;8:8;9:4;14:6;
15:22;19:3;20:17
means (5)
6:12;10:9;14:19;
16:16,17
meet (1)
17:11
mentioned (2)
12:6,8
merger (2)
16:17,20

merit (1)
17:23
merits (1)
19:6
mic (1)
20:11
mid-April (1)
14:16
million (9)
4:22;6:21;9:17;
13:17,24;15:12,15,
17;17:20
minimum (1)
11:24
minute (1)
16:25
mistaken (1)
18:11
moment (2)
12:20;20:13
money (3)
14:2,3;15:10
month (1)
15:19
months (1)
18:20
more (8)
5:21,22,22;6:10;
9:16;12:17;14:6;
17:14
MORRISSEY (8)
4:11,11;5:13;9:23,
25;10:11;11:20;
19:22
Morrissey's (2)
10:21;11:12
most (3)
11:2;13:1;17:16
motion (16)
4:17;8:14;9:15;
11:14;12:19,22,23;
17:7,23;18:19;19:19,
21,21;20:15,16;21:2
motions (2)
11:10;17:5
mountains (1)
5:25
move (2)
10:7;20:5
moved (1)
9:25
moves (2)
17:2,4
much (4)
5:22,22,22;19:23
MUHO (30)
4:5,5,6,15;5:16,17;
7:14,18;8:6;9:11,17;
10:9,16,16;12:3,4;
13:5,6,9,12;14:3;
15:16;16:1;17:2,16,
21;18:14,24;19:18;
20:20

Muho's (1)
10:19
multiple (1)
10:25
must (2)
5:22;17:17
myself (1)
16:7

**N**

necess (1)
6:17
necessary (2)
10:19;12:19
necessitate (1)
6:17
need (2)
6:6;9:8
needed (3)
10:22;11:8;19:23
needs (1)
16:22
neither (1)
17:10
New (4)
8:20;10:10;13:4;
15:1
next (1)
4:2
nice (1)
12:24
night (2)
8:3;14:7
none (3)
6:13;18:15;20:5
normally (1)
8:15
note (1)
9:15
notice (2)
7:20,21
noticed (1)
14:15

**O**

obligated (1)
17:11
obligations (1)
11:22
obviously (1)
8:8
officer (1)
9:3
oil (1)
8:21
old (2)
16:6,6
once (1)
19:18
one (8)
4:16;7:15;11:10;

14:19;15:1,2;20:10,
12
only (3)
5:23;6:20;9:2
opinion (3)
8:1;12:20;18:8
opponents (2)
5:2;15:25
opportunity (1)
18:14
opposed (1)
5:7
opposing (1)
13:8
oral (2)
13:8;19:22
order (6)
6:15;13:25;15:10;
16:6;18:5;20:1
others (3)
7:2;11:7;12:6
Otherwise (1)
19:9
out (10)
4:20;8:8;9:10;
13:1;15:6;17:11,19,
21;18:1;19:22
outset (1)
13:11
over (2)
9:2,4
overlooked (1)
5:21
overriding (1)
5:1
own (1)
17:12
owner (1)
6:20
owners (1)
6:18

**P**

papers (6)
5:10,11;7:15;9:19,
20;13:11
part (4)
6:7,18;7:8;13:15
particular (1)
10:3
parties (2)
11:15;13:19
party (5)
9:5;10:4;15:3,6,6
party-of-interest (1)
12:12
Pasig (5)
5:24,25;6:7,7,12
Patton (1)
8:18
Pause (1)
7:14

pay (2)
8:11;14:15
Peaton (1)
8:18
Pension (1)
6:22
people (5)
16:7;17:16;18:8;
19:7,10
percent (4)
6:16,24,25;7:3
person (4)
11:12;16:4,18,19
personal (1)
16:11
personally (1)
5:14
persons (1)
16:19
pick (1)
12:5
picked (1)
13:13
place (2)
16:25;19:25
plans (1)
19:13
players (1)
8:18
please (5)
5:16;7:14;8:4;
15:23;20:11
plus (1)
8:23
pockets (1)
13:19
point (3)
9:10;17:16;20:12
pointed (1)
13:1;18:1;19:22
points (2)
10:11;13:10
Porzio (1)
8:14
position (3)
9:23;11:18;18:24
power (1)
15:11
preclude (1)
15:7
preliminary (1)
4:4
prepared (1)
9:20
previously (1)
18:6
primary (1)
7:12
prior (1)
9:13
pro (2)
4:5;8:9
probably (3)

SOUNDVIEW ELITE LTD., et al.
Case No. 13-13098-reg

August 6, 2014

4:15;18:4,17
**problem (1)**
 18:24
**proceedings (2)**
 5:9;21:5
**production (1)**
 10:24
**profess (1)**
 19:11
**professional (1)**
 19:4
**proof (2)**
 5:25;8:23
**properly (1)**
 18:7
**propriety (3)**
 5:5,7;9:13
**protect (1)**
 19:23
**prove (3)**
 10:25;11:5;13:15
**provide (1)**
 12:19
**punch (1)**
 15:4
**purpose (1)**
 19:3
**pursuant (2)**
 13:25;17:3
**pursue (3)**
 13:20;16:6,10
**pushed (1)**
 7:3
**put (1)**
 12:5

### R

**raising (1)**
 13:4
**rather (1)**
 9:5
**reactions (2)**
 4:14,15
**read (4)**
 4:14;5:10,18;8:17
**reading (1)**
 5:17
**ready (1)**
 15:20
**real (1)**
 18:24
**realize (1)**
 11:12
**rearguing (1)**
 13:4
**rearrange (1)**
 18:4
**reason (5)**
 7:12;10:1,1,7;
 18:18
**reasonable (3)**
 6:1;11:6,7

**reasons (4)**
 14:24;17:21;
 19:19,24
**recall (1)**
 10:23
**recent (1)**
 13:1
**recently (1)**
 8:17
**recognize (1)**
 7:24
**record (4)**
 4:22;10:20;11:20;
 14:13
**recoveries (1)**
 17:17
**recovery (1)**
 17:18
**registered (1)**
 13:23
**reiterate (1)**
 9:9
**relationships (2)**
 11:17,23
**relied (1)**
 18:21
**relief (1)**
 20:21
**rely (1)**
 9:20
**relying (3)**
 4:16;5:4;17:4
**remedy (1)**
 11:3
**remember (1)**
 20:20
**removal (2)**
 4:22,25
**remove (1)**
 17:5
**removing (2)**
 4:19;9:14
**repaid (1)**
 13:17
**reply (2)**
 10:9;13:5
**reporting (1)**
 7:3
**represent (2)**
 4:8;14:16
**req (1)**
 6:16
**request (1)**
 14:1
**require (1)**
 16:5
**requires (4)**
 4:17;10:21;17:8,
 25
**res (1)**
 14:25
**research (1)**
 12:17

**respected (1)**
 5:9
**respond (3)**
 5:11;10:10;19:18
**response (1)**
 10:21
**responsibility (1)**
 11:13
**retaliate (1)**
 9:16
**reviewed (2)**
 15:19,21
**Richard (1)**
 4:11
**right (12)**
 4:6,10,13;8:3,4;
 9:6;10:8,9,10,15;
 12:20;16:25
**rightfully (1)**
 18:21
**rights (1)**
 5:13
**robbed (2)**
 14:23;16:7
**ruled (4)**
 5:6;12:23;18:6,13
**ruling (1)**
 21:1
**run (1)**
 8:8

### S

**salt (1)**
 19:16
**same (3)**
 5:1;15:8;19:24
**saw (2)**
 8:14,14
**scope (1)**
 13:5
**SDN (1)**
 19:15
**se (1)**
 4:5
**SEC (1)**
 13:23
**second (2)**
 4:25;15:2
**secondary (2)**
 6:16;7:1
**secret (1)**
 5:9
**Section (2)**
 4:16;17:3
**sections (1)**
 4:16
**seeing (1)**
 17:12
**separate (1)**
 14:22
**service (1)**
 8:8

**services (1)**
 14:16
**settle (1)**
 20:1
**Shaw (4)**
 12:8,8,9,12
**shift (2)**
 6:11,11
**show (1)**
 5:25
**showing (1)**
 17:25
**showings (2)**
 5:2;19:8
**shown (2)**
 18:1,9
**shows (3)**
 10:20;11:23;14:13
**sic (4)**
 6:5;7:25;8:18;
 11:19
**side (1)**
 7:24
**significant (5)**
 6:4,5;7:19;12:11;
 14:24
**significantly (1)**
 17:16
**sit (5)**
 4:3,13;9:20;16:25;
 20:13
**sits (1)**
 8:2
**sitting (1)**
 17:15
**sleep (1)**
 14:7
**solely (1)**
 20:6
**somebody (2)**
 8:15;12:21
**someone (1)**
 13:23
**sorry (2)**
 13:9;16:23
**sort (5)**
 14:13,13,13;15:4;
 16:21
**sorts (1)**
 20:24
**sought (1)**
 11:21
**Soundview (13)**
 4:2,8;8:10;10:3,
 25;13:16;15:17;
 16:2,3,6;17:2;20:5,6
**Soundview's (1)**
 16:6
**speaking (2)**
 15:24;19:11
**spent (1)**
 14:6
**stake (4)**

**6:25;16:10,11,12**
**stand (1)**
 10:16
**standing (1)**
 7:15
**start (1)**
 11:1
**state (1)**
 6:5
**statements (1)**
 10:19
**statutory (1)**
 5:13
**steal (1)**
 7:25
**still (1)**
 18:25
**stolen (1)**
 6:19
**stomach (1)**
 8:3
**street (1)**
 9:3
**strong (2)**
 5:2;19:8
**stronger (1)**
 4:15
**strongest (1)**
 18:17
**stuff (2)**
 4:21;19:16
**subordinate (1)**
 7:11
**succeed (1)**
 16:8
**succeeding (1)**
 16:8
**sue (1)**
 15:20
**summary (1)**
 15:9
**supplement (1)**
 5:11
**supplier (2)**
 8:21,22
**sure (2)**
 14:18,21
**surprisingly (1)**
 11:20
**system (1)**
 19:9

### T

**target (2)**
 19:1,2
**targets (2)**
 19:7,10
**team (1)**
 15:22
**team's (1)**
 11:13
**ten (1)**

SOUNDVIEW ELITE LTD., et al.
Case No. 13-13098-reg

August 6, 2014

7:3
**terms (1)**
18:4
**thief (1)**
12:15
**thoroughly (1)**
11:9
**though (1)**
6:21
**thousand (1)**
4:23
**three (1)**
13:19
**times (1)**
14:23
**Tino (1)**
12:10
**today (1)**
13:8
**told (2)**
6:13;14:8
**took (3)**
9:17;13:24;17:21
**Torres (2)**
12:13;15:2
**Trading (3)**
6:12,23,25
**transactions (4)**
9:13;10:2,22;11:8
**transferred (1)**
15:17
**treasonous (1)**
12:20
**trial (3)**
10:23;11:4,5
**tried (2)**
11:9;15:5
**TRO (1)**
12:22
**trustee (33)**
4:8,12,19,25;5:4;
6:14;9:12;10:1,7;
11:4,11,13,17;13:2,
6,13,21;14:5,8;
16:14;17:5;18:1,19,
21,22;19:1,8,22,23,
25;20:1,23,25
**trustees (5)**
19:4,12,12,12,13
**trusts (1)**
19:13
**try (2)**
16:8;19:15
**trying (1)**
9:18
**turn (2)**
8:4;18:17
**Turning (2)**
17:7;18:6
**two (9)**
4:16,22;9:17;
13:24;14:25;15:12,
15,17;17:20

## U

**unable (1)**
10:25
**unappointed (1)**
12:14
**Unbeknownst (1)**
12:9
**uncontested (1)**
18:8
**under (8)**
6:16;7:3;17:24,24;
19:13,15,20,21
**undermine (1)**
12:7
**understood (3)**
5:8;20:16,19
**unfortunate (1)**
6:4
**unlike (1)**
11:6
**unpaid (1)**
17:15
**up (4)**
10:12;12:5;13:14;
15:24
**used (2)**
6:21;14:17
**using (1)**
15:10
**usually (1)**
4:15

## V

**valuation (2)**
14:17,17
**various (3)**
10:19;11:3,22
**Vaughn (2)**
14:1;15:3
**view (1)**
9:15

## W

**wall (2)**
14:21,22
**water (1)**
12:22
**welfare (1)**
17:12
**weren't (2)**
5:9;15:6
**Whereupon (1)**
21:5
**whole (1)**
19:9
**whose (1)**
17:17
**wife (1)**
15:2

**William (1)**
4:7
**wind (1)**
15:24
**without (9)**
8:9,11,24,24,24,
25,25,25;14:7
**woman (1)**
19:2
**word (1)**
8:22
**world (3)**
14:12;16:9;19:14
**written (1)**
18:7
**wrote (1)**
5:18

## Y

**year (2)**
14:7;15:5
**years (1)**
4:23
**York (2)**
8:20;15:1

## 1

**10,000 (1)**
14:6
**10:55 (1)**
21:5
**100 (1)**
13:17
**11 (6)**
10:1,6,7;11:2;
17:2;19:12
**1105 (1)**
17:4
**1112 (2)**
17:24;19:21

## 2

**20 (1)**
6:21
**2004 (2)**
7:6,7

## 3

**30,000 (1)**
14:15
**305 (8)**
4:16,17;5:18;17:3,
7,7,24;19:20

## 5

**500 (1)**
15:13

## 7

**7 (1)**
19:12