UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOUNDVIEW ELITE, LTD., *et al.*, | ) | Case No. 13-13098 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER OF RECUSAL

This matter has come before the Court upon the Court's own motion. Law Clerk Michael Turkel will be recusing himself from all matters in the above-captioned case and all related adversary proceedings.

Dated:  New York, New York                         *s/ Robert E. Gerber*
       September *2*, 2014                         United States Bankruptcy Judge