William J. Hine
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306

*Attorneys for Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                        :
In re:                                  :    Chapter 11
                                        :
SOUNDVIEW ELITE LTD., *et al.,*         :    Case No. 13-13098 (REG)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
---------------------------------------------------------------X

**STIPULATION AND ORDER WITHDRAWING**
**PROOF OF CLAIM FILED BY STEWART TURNER**

This Stipulation and Order is entered into between Corinne Ball, not individually but solely in her capacity as chapter 11 trustee (the "**Trustee**") for the debtors (each a "**Debtor**," and collectively the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"); and (ii) Stewart Turner ("**Claimant**" and together with the Trustee, the "**Parties**").

**RECITALS**

**WHEREAS**, on February 13, 2014, Claimant filed Proof of Claim No. 5, asserting an administrative claim in the amount of $49,492.10 (the "**Proof of Claim**");

**WHEREAS**, the Trustee disputes that the Debtors are liable for the amounts sought in the Proof of Claim and believes that the Debtors have other claims against the Claimant; and

**WHEREAS**, the Parties have reached a settlement with respect to the Proof of Claim and any claims the Debtor has against the Claimant.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The Proof of Claim submitted by Claimant is hereby withdrawn with prejudice;

2. The Clerk of this Court is authorized to update the official claims register accordingly.

Dated:  New York, New York
        November 4, 2014

JONES DAY

By:    /s/ William J. Hine
    William J. Hine
    Veerle Roovers
    222 East 41st Street
    New York, New York 10017
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306

*Attorneys for the Chapter 11 Trustee*

Dated:  New York, New York
        November 4, 2014

        /s/ Stewart Turner
Stewart Turner
200 East 71st Street, Apt. 5A
New York, New York 10021

*Claimant, pro se*

**SO ORDERED:**

Dated: New York, New York
       November 24, 2014

        *s/ Robert E. Gerber*
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE