_____

CLAIMANTS RECEIVING THIS NOTICE SHOULD
LOCATE THEIR NAMES AND CLAIMS IN EXHIBIT A TO THE NOTICE

_____

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Veerle Roovers
Stephen Pearson
Amy Edgy Ferber

*Attorneys for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X
                                                               :
 In re                                                         :   Chapter 11
                                                               :   Case No. 13-13098 (REG)
                                                               :
        SOUNDVIEW ELITE LTD., *et al.*,                        :   (Jointly Administered)
                                                               :
                                        Debtors.               :
                                                               :
--------------------------------------------------------------X

**NOTICE OF THE CHAPTER 11 TRUSTEE'S OBJECTION TO
INSIDER CLAIMS AND THE SUBORDINATION OF SUCH CLAIMS**

1. Pursuant to section 3.5 of the Addendum to Cross-Border Insolvency Protocol regarding Soundview Elite Ltd., Soundview Premium, Ltd. and Soundview Star Ltd. (Docket No. 820) (the "**Addendum**"),[1] Corinne Ball, not individually but solely in her capacity as chapter 11 trustee (the "**Chapter 11 Trustee**") is solely responsible for the adjudication of all Claims filed by Insiders in the chapter 11 cases of Soundview Elite Ltd., Soundview Premium, Ltd. and Soundview Star Ltd. (together, the "**Limited Debtors**").

---

[1]  All capitalized terms used but not defined herein have the meaning given to such terms in the Addendum.

2. Pursuant to section 3.6 of the Addendum, (a) the Chapter 11 Trustee objected to all Insider Claims and sought subordination of same to all other Claims filed against the Limited Debtors, as applicable, and (b) a list of Insider Claims is attached hereto as <u>Exhibit A</u>.[2]

3. If no opposition against the subordination of these Insider Claims is filed with this Court and received in Judge Gerber's Chambers, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York New York 10004 within 14 days of the filing of this notice, or by **November 4, 2015** (the "**Response Deadline**"), all the Insider Claims listed on <u>Exhibit A</u> shall be subordinated as set forth in the Addendum.

4. Any opposition must comply with the Case Management Order #1 (Docket No. 19) (the "**Case Management Order**") and be filed in accordance with the Court's General Order M-399 and served so that it is received on or before the Response Deadline by (a) the Chapter 11 Trustee, 222 East 41st Street, New York, New York 10017 (Attn: Corinne Ball, Esq.); (b) Jones Day, counsel to the Trustee, 222 East 41st Street, New York, New York 10017 (Attn: Veerle Roovers, Esq.); (c) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Richard C. Morrissey, Esq.); and (d) all parties requesting notice in these chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

5. If an opposition to the subordination of an Insider Claim is properly filed and served before the Response Deadline, a hearing will be scheduled at a time and date to be set by the Court.

6. Copies of the Addendum and the Case Management Order may be obtained from the Court's website at https://ecf.nysb.uscourts.gov.

---

[2] The list of Insider Claims attached hereto as <u>Exhibit A</u> is non-exclusive. The Chapter 11 Trustee reserves to right to amend the list.

Dated: October 21, 2015  
      New York, New York

/s/ *Veerle Roovers*
Veerle Roovers
Stephen Pearson
Amy Edgy Ferber
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for the Chapter 11 Trustee*

# **EXHIBIT A**

**Insider Claims**

| Claimant's Name | Claimant's Address | Date of Filing of Proof of Claim/Proof of Debt | Number | Nature of the Claim/Debt | Debtor | Claim/Debt USD Amount |
|---|---|---|---|---|---|---|
| Citco Global Custody N.V. Ref: Citco International Pension Plan | CGC: Telestone 8, Teleport Naritaweg 165 1043 BW Amsterdam The Netherlands | 11/18/2013 | | Unsecured Claim/Redemption Creditor | Soundview Elite Ltd. | $138,949.16 |
| Citco Global Custody N.V. Ref: Citco International Pension Plan | CGC: Telestone 8, Teleport Naritaweg 165 1043 BW Amsterdam The Netherlands | 11/18/2013 | | Unsecured Claim/Redemption Creditor | Soundview Star Ltd. | $101,118.44 |
| Citco Global Custody N.V. Ref: Citco International Pension Plan | CGC: Telestone 8, Teleport Naritaweg 165 1043 BW Amsterdam The Netherlands | 11/18/2013 | | Unsecured Claim/Redemption Creditor | Soundview Premium, Ltd. | $51,336.00 |
| Fletcher, Alphonse | Alphonse Fletcher Fletcher Asset Management, Inc. 48 Wall Street, 4th Floor New York, NY 10005 | 3/6/2014 | 8-1 | Administrative Expense Claim | Soundview Elite Ltd. | $10,070.65 |
| Ladner, George E. | George E. Ladner 19509 River Falls Drive Davidson, NC 28036 | 2/13/2014 | 4-1 | Administrative Expense Claim | Soundview Elite Ltd. | $10,070.65 |
| Lampost Financial Group | Lampost Financial Group 7777 Glades Road Suite 213 Boca Raton, FL 33434 | 12/24/2014 | 14-1 | Unsecured Claim | Soundview Elite Ltd. | $390,000.00 |
| Lampost Financial Group | Lampost Financial Group 7777 Glades Road Suite 213 Boca Raton, FL 33434 | 12/24/2014 | 7-1 | Unsecured Claim | Soundview Premium, Ltd. | $390,000.00 |
| Lampost Financial Group | Lampost Financial Group 7777 Glades Road Suite 213 Boca Raton, FL 33434 | 12/24/2014 | 7-1 | Unsecured Claim | Soundview Star Ltd. | $390,000.00 |
| RF Services, LLC | RF Services, LLC 48 Wall Street 4th Floor New York, NY 10005 | 2/13/2014 | 6-1 | Administrative Expense Claim | Soundview Elite Ltd. | $23,858.00 |
| Saunders, Floyd E. | Floyd E. Saunders 401 West 25th Street Apt. 18C New York, NY 10001 | 2/13/2014 | 3-1 | Administrative Expense Claim | Soundview Elite Ltd. | $10,070.65 |
| Solon Group Inc.[1] | Deborah Hicks Midanek Solon Group, Inc. 81 S. Church Street Grenada, MS 38901 | 12/23/2014 | 13-1 | Unsecured Claim | Soundview Elite Ltd. | $14,354.80 |
| Solon Group Inc. | Deborah Hicks Midanek Solon Group, Inc. 81 S. Church Street Grenada, MS 38901 | 12/23/2014 | 6-1 | Unsecured Claim | Soundview Premium, Ltd. | $14,354.80 |
| Solon Group Inc. | Deborah Hicks Midanek Solon Group, Inc. 81 S. Church Street Grenada, MS 38901 | 12/23/2014 | 6-1 | Unsecured Claim | Soundview Star Ltd. | $14,354.80 |
| Soundview Capital Management | Soundview Capital Management 48 Wall Street, 4th Floor New York, NY 10005 | 2/13/2014 | 7-1 | Administrative Expense Claim | Soundview Elite Ltd. | $152,748.00 |

**Insider Claims**

| Claimant's Name | Claimant's Address | Date of Filing of Proof of Claim/Proof of Debt | Number | Nature of the Claim/Debt | Debtor | Claim/Debt USD Amount |
|---|---|---|---|---|---|---|
| Turner, Stewart A. | Stewart Turner<br>200 East 71 Street<br>Apt 5A<br>New York, NY 10021 | 12/31/2014 | 22-1 | Unsecured Claim | Soundview Elite Ltd. | $3,126.00 |
| | | | | Unsecured Priority Claim | | $10,202.00 |
| Turner, Stewart A. | Stewart Turner<br>200 East 71 Street<br>Apt 5A<br>New York, NY 10021 | 12/31/2014 | 9-1 | Unsecured Claim | Soundview Premium, Ltd. | $1,195.00 |
| | | | | Unsecured Priority Claim | | $3,901.00 |
| Turner, Stewart A. | Stewart Turner<br>200 East 71 Street<br>Apt 5A<br>New York, NY 10021 | 12/31/2014 | 10-1 | Unsecured Claim | Soundview Star Ltd. | $1,379.00 |
| | | | | Unsecured Priority Claim | | $4,501.00 |

1 Solon Group also filed a proof of debt on behalf of "Richcourt Allweather Fund". This proof of debt is superseded by the interfund settlement that was approved by this Court on September 23, 2015 (Docket No. 816). The Grand Court of the Cayman Islands (the "Cayman Islands Court") approved the interfund settlement in the winding up proceedings of FIA Leveraged Fund and Fletcher Income Arbitrage Fund, Ltd. The approvals by (a) the Cayman Islands Court in the winding up proceedings of Soundview Elite Ltd., Soundview Premium, Ltd. and Soundview Star Ltd. and (b) the Eastern Caribbean Court in the High Court of Justice, Virgin Islands, Commercial Division in the winding up proceedings of six affiliated funds (the "Richcourt Funds") are pending.