# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ANDREW K. GLENN
212-506-1747

ATLANTA
HOUSTON
NEWARK

December 28, 2015

**By Email**

The Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:    *In re Soundview Elite, Ltd., et al.*, Case No. 13-13098 (REG)

Dear Judge Gerber:

We represent Pasig Ltd. ("**Pasig**") in the above-referenced debtors' (the "**Debtors**") chapter 11 cases.

Attached please find a Word version of the proposed *Order Denying the Debtors' Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Debtors' Estates* (the "**Proposed Order**") which relates to the Debtors' Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Estates [Docket No. 908].

Pasig has conferred with the Debtors and they have requested that the first paragraph of the operative language of the Proposed Order be modified to read as follows: "For the reasons set forth on the record, the Motion is denied with respect to the Amended Complaint filed by Pasig, Ltd., et al., on December 9, 2015." Pasig believes the Debtors' requested language is unnecessary and is, therefore, submitting the Proposed Order without this change because the extensive and detailed reasoning in the Court's opinion speaks for itself.

We are available at the Court's convenience to answer any of Your Honor's questions with respect to this matter.

Respectfully submitted,

*Andrew K. Glenn/RCS*

Andrew K. Glenn

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

The Honorable Robert E. Gerber
December 28, 2015
Page 2

cc:    Richard Milin, Esq.
        Gerard DiConza, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| SOUNDVIEW ELITE, LTD., *et al.*, | Case No. 13-13098 (REG) |
| Debtors. | (Jointly Administered) |

**ORDER DENYING THE DEBTORS' MOTION TO ENFORCE THE AUTOMATIC STAY AND TO ENJOIN PROSECUTION BY PASIG LTD. AND ROGER AND JULIE CORMAN OF CLAIMS BELONGING TO THE DEBTORS' ESTATES**

This matter coming before the Court on the Debtors' Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Estates [Docket No. 908] (the "**Motion**"); the Court having reviewed the Motion, the Objection of Pasig Ltd. to Debtors' Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Debtors' Estates (Docket No. 914), and the Debtors' Reply in Support of Their Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Debtors' Estate (Docket No. 919); and having considered the statements of counsel with respect to the Motion at a hearing before the Court on the Motion held on December 16, 2015 (the "**Hearing**"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding pursuant to 28 U.S.C. § 157;

IT IS HEREBY ORDERED THAT:

1. For the reasons set forth on the record, the Motion is denied in each of its respects.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation or enforcement of this Order.

Dated: _____, 2015
       New York, New York

                                             Honorable Robert E. Gerber
                                             United States Bankruptcy Judge